# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

FILED'08 MAR 31 11:24USD ORP

MUHLIS AKCABAY,

    Petitioner,

v.

MICHAEL CHERTOFF, Secretary of the Department of Homeland Security of the United States; MICHAEL B. MUKASEY, Attorney General of the United States; DIRECTOR OR OFFICER IN CHARGE, NEIL CLARK, Immigration and Customs Enforcement, SAMUEL M. CLAWSER IV, Special Agent with Immigration and Customs Enforcement, COLUMBIA COUNTY SHERIFF PHILIP W. DERBY or the person whom has immediate custody and control over Petitioner,

    Respondents.

Civil Case No. CV 07-1679-MO

JUDGMENT

Based on the Opinion and Order of the Court entered December 18, 2007 denying Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, IT IS ORDERED AND ADJUDGED that above captioned matter is DISMISSED with prejudice.

Dated: 31 March 2008

The Honorable Michael W. Mosman
United States District Court Judge

Page 1     **JUDGMENT**
*Akcabay v. Chertoff, et al.*, Case No. CV 07-1679-MO

Submitted by:

Karin J. Immergut
United States Attorney
District of Oregon
Oregon State Bar No. 96314


/s/ James E. Cox, Jr.                              Dated: March 26, 2008
James E. Cox, Jr.
Assistant U.S. Attorney
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone:   (503) 727-1026
Facsimile:   (503) 727-1117
jim.cox@usdoj.gov
    Attorneys for Respondents